IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>John Richardson<br>Case No. 1:16-cv-5018<br><br>v.<br><br>Eli Lilly and Company, et al. | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants, AbbVie, Inc., Abbott Laboratories, AbbVie Products LLC, Unimed Pharmaceuticals, LLC, Besins Healthcare Inc., and Besins Healthcare, S.A. only, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii). Each and every claim Plaintiff has against Eli Lilly and Company, Lilly USA, LLC, Acrux Commercial Pty Ltd., and Acrux DDS Pty Ltd. shall remain and are unaffected by this Stipulation.

| | |
|---|---|
| */s/Bill Robins III*<br>Bill Robins III<br>ROBINS CLOUD LLP<br>808 Wilshire Blvd, Suite 450<br>Santa Monica, CA 90401<br>Phone: (310) 929-4200<br>Email: robins@robinscloud.com<br>*Counsel for Plaintiff* | */s/*Katherine Unger Davis<br>Katherine Unger Davis<br>DECHERT LLP<br>2929 Arch Street, Cira Centre<br>Philadelphia, PA 19104-2808<br>Phone: (215) 994-2015<br>Email: katherine.ungerdavis@dechert.com<br>*Counsel for Defendants AbbVie, Inc., et al.* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/Bill Robins III*